```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRUCE ROSENFIELD, | : | CIVIL ACTION |
| | : | NO. 17-2054 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FOREST CITY ENTERPRISES, | : | |
| L.P, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **28th** day of **March, 2018,** upon consideration of Plaintiff's Motion to Remand (ECF No. 3), Defendants' response in opposition thereto (ECF No. 5), Plaintiff's supplemental brief (ECF No. 14); after a hearing on the record with counsel for the parties; and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF No. 3) is **DENIED**.

      **AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,    J.**